RITA REDMOND, an Infant, by JOHN REDMOND, Her Guardian ad Litem, Respondent, *v.* BORDEN'S FARM PRODUCTS CO., INC., Appellant.

*Warranty — food — implied warranty as to wholesomeness — seller not liable, on theory of implied warranty, to child injured from broken glass in bottle of milk sold to mother.*

*Redmond* v. *Borden's Farm Products Co., Inc.*, 218 App. Div. 722, reversed.

(Argued March 1, 1927; decided March 29, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that plaintiff, an infant, fourteen months old, was injured by broken glass contained in a bottle of milk, procured from defendant, which passed into her mouth while she was drinking the milk. It appeared that her mother procured and paid for the milk. The case was submitted to the jury on the theory of breach of an implied warranty

*John A. Kelly* for appellant.

*David C. Broderick, Jacob P. Shulman* and *Walter L. Rathborne* for respondent.

Judgments reversed and new trial granted, costs to abide event, on authority of *Chysky* v. *Drake Brothers Co.* (235 N. Y. 468).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.